**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jesus GILES–MARTINEZ,**
**Defendant—Appellant.**

No. 05–30322.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Filed July 27, 2006.

Pamela Jackson Byerly, Esq., USSP–Office of the U.S. Attorney, Spokane, WA, for Plaintiff-Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Christina L. Hunt, Esq., FPDWA–Federal Public Defender's Office (Eastern WA & ID), Spokane, WA, for Defendant–Appellant.

Before: ALARCON, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Jesus Giles–Martinez appeals from his sentence imposed following his guilty plea conviction for unlawful reentry of a deported alien, in violation of 8 U.S.C. § 1326. Giles–Martinez contends the district court violated the Sixth Amendment by increasing his term of imprisonment based on his prior conviction, which was never admitted by him during his plea colloquy, nor proved beyond a reasonable doubt to a jury. He also contends that *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is no longer good law in light of the intervening Supreme Court decision *Shepard v. United States,* 544 U.S. 13, 125 S.Ct. 1254, 161 L.Ed.2d 205 (2004). These contentions are foreclosed. *See United States v. Beng–Salazar,* 452 F.3d 1088 (9th Cir.2006) (rejecting after *Shepard* the specific contention that a section 1326(b) enhancement cannot be applied where the defendant did not admit the prior conviction during a guilty plea); *United States v. Weiland,* 420 F.3d 1062, 1080 n. 16 (9th Cir.2005) (holding that we are bound to follow *Almendarez–Torres* even though it has been called

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

into question, unless it is explicitly over-ruled by the Supreme Court).

**AFFIRMED.**